**Gerald O. LAUDERDALE, Appellant**

**v.**

**UNITED STATES of America, Appellee.**

**No. 14523.**

United States Court of Appeals District of Columbia Circuit.

Argued Nov. 26, 1958.

Decided May 14, 1959.

Mr. John W. Karr, Washington, D. C. (appointed by the District Court), for appellant.

Mr. Nathan J. Paulson, Asst. U. S. Atty., with whom Messrs. Oliver Gasch, U. S. Atty., and Carl W. Belcher, Asst. U. S. Atty., were on the brief, for appellee.

Before EDGERTON, BAZELON, and BURGER, Circuit Judges.

---

PER CURIAM.

Appellant's conviction of second degree murder rests largely though not entirely on confessions. We find no error affecting substantial rights.

Affirmed.